UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  CHAPTER 13

COLLEEN S. KITTLE  CASE NO. 10-70236

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    CitiMortgage Inc.                **Court claim #: 2**

**Last four digits** of any number used to identify the debtor's account:  9558

---

*Final Cure Amount*

Amount of Prepetition Arrears        $6,578.60 (Per Creditor Proof of Claim)

Amount Paid by Trustee               $6,000.00 (Per Confirmed Plan)

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan        ☒   Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   10/28/13                    /s/Lydia S. Meyer
                                     Lydia S. Meyer, Trustee
                                     308 W. State St., Suite 212
                                     Rockford, IL  61101

Certificate of Service
        I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 28th Day of October, 2013.

Dated:   10/28/13                    /s/Cynthia K. Burnard

CITIMORTGAGE INC.
PO BOX 688971
DES MOINES, IA 50368-8971

CITIMORTGAGE INC.
PO BOX 183040
COLUMBUS, OH  43218-3040

CITIMORTGAGE INC.
PO BOX 6030
SIOUX FALLS, SD 57117-6030

HAUSELMAN, RAPPIN & OLSWANG, LTD.
39 SOUTH LASALLE STREET
CHICAGO, IL  60603

COLLEEN S. KITTLE
3034 LOUISE STREET
ROCKFORD, IL  61103

BRIAN A. HART
BRIAN A. HART LAW OFFICES, PC
1410 N. MAIN STREET
ROCKFORD, IL  60013